**John H. FARO, Petitioner-Appellant**

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent & Trademark Office, Respondent-Appellee**

2016-2716

United States Court of Appeals, Federal Circuit.

October 4, 2017

JOHN H. FARO, Faro & Associates, Miami, FL, argued pro se.

ANDREW SUN HAN, Office of the United States Attorney for the Eastern District of Virginia, Alexandria, VA, argued for respondent-appellee. Also represented by DANA J. BOENTE.

(Moore, Plager, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**